IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PERRY PATTON, #106170                                              PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 5:09cv6-DCB-MTP

M.D.O.C., et al.                                                  DEFENDANTS

**FINAL JUDGMENT**

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the 14th day of May, 2009.

s/David Bramlette
UNITED STATES DISTRICT JUDGE